# THE PEOPLE OF THE STATE OF NEW YORK *v.* JOHN DOLAN.

*Grand jury — irregularity in summoning jurors for — presumption as to.*

The prisoner, upon his trial, in the Court of Oyer and Terminer, for murder, interposed a plea in abatement, alleging that the grand jury by which he was indicted was irregularly organized, for. the reason that some of its members were not on the list of petit jurors prepared by Douglas Taylor, the commissioner of jurors. It did not appear by the plea how the names of the persons not on the list were placed among those to be summoned, nor how, nor by whom, the names of the persons summoned, sworn and acting as grand jurors were drawn. *Held*, that the plea was properly overruled; that in the absence of all averments upon the subject, it was to be presumed that the names were drawn by some person acting in the capacity of commissioner of jurors, and that he, in form, certified what had been done by him in the execution of that authority to the sheriff.

It is sufficient, to maintain the authority of the grand jury to investigate criminal charges and find indictments valid in their nature, that the body acted under color of lawful authority.

MOTION for writ of error to the Court of Oyer and Terminer, to review the conviction of the applicant of murder, with stay of proceedings.

*B. K. Phelps* and *D. G. Rollins*, for plaintiffs. *W. F. Howe*, for prisoner.

Opinion by DANIELS, J. DAVIS, P. J., and BRADY, J., concurred.

Motion denied.